1
2
3
4
5
6
7
8
9

10                     UNITED STATES DISTRICT COURT
11                    SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  THE UNITED STATES, for the use and benefit of SOUTHERN CALIFORNIA AIR CONDITIONING SUPPLY CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> RJ LANTHIER CO., INC., et al., <br><br> Defendants. | CASE NO: 14-CV-0612 W (WVG) <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL [DOC. 7]** |

22     Pending before the Court is Plaintiff's request to dismiss this case pursuant to
23 F.R.C.P. 41(a).  Having reviewed the moving papers, and good cause appearing, the
24 Court **GRANTS** the request as follows:
25     (1)    Defendants Webcor/R.A. Burch (erroneously sued as Webcor Builders
26            Inc. and R.A. Burch Construction Co., Inc.) and Travelers Casualty
27            and Surety Company of America are **DISMISSED WITH**
28            **PREJUDICE**.

1      (2)    Defendant RJ Lanthier Co., Inc. Is **DISMISSED WITHOUT**
2             **PREJUDICE**.
3      In light of the foregoing, the motion to dismiss filed by Defendants
4  Webcor/R.A. Burch (erroneously sued as Webcor Builders Inc. and R.A. Burch
5  Construction Co., Inc.) and Travelers Casualty and Surety Company of America is
6  **TERMINATED** [Doc. 6.].
7      **IT IS SO ORDERED.**

9  DATED: May 21, 2014

11                            Hon. Thomas J. Whelan
                             United States District Judge